**Order entered March 9, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01457-CV

### ODUS OGLESBY, Appellant

### V.

### RICHLAND TRACE OWNERS ASSOCIATION, INC. TEXAS A/K/A RICHLAND TRACE CONDOMINIUMS, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-06925**

## ORDER

Before the Court is appellant's March 5, 2020 motion to extend time to file his opening brief. We **GRANT** the motion to the extent we **ORDER** appellant's opening brief be filed no later than April 8, 2020.

> /s/     BILL WHITEHILL
>           JUSTICE